■ Town of Queensbury, Respondent, v. City of Glens Falls et al., Appellants.— Appeal by defendants from an order of the Supreme Court at Special term which enjoined the defendant city and its codefendants, pending the determination of the action, from establishing a dump upon certain premises owned by the city, which are within the territorial limits of the plaintiff town, unless a permit therefor shall be issued by the Town Board of the plaintiff town. Order affirmed, with $10 costs, on the opinion of Mr. Justice Best (19 Misc 2d 671) at Special Term. Foster, P. J., Coon, Gibson and Reynolds, JJ., concur; Herlihy, J., not voting.